IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R.G. TURNER,

      Plaintiff,                   No. CIV S-10-0057 KJM P

      vs.

LATISHA LAWSON, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a Yolo County prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On January 19, 2010, the court ordered plaintiff to file a completed application to proceed in forma pauperis or pay the filing fee within thirty days. On March 15, 2010, plaintiff filed a document in which plaintiff suggests he has not been able to file a completed application to proceed in forma pauperis due to the actions of Yolo County Jail staff.

Good cause appearing, IT IS HEREBY ORDERED that:

      1. The application to proceed in form pauperis filed by plaintiff on March 15, 2010 is denied without prejudice to plaintiff filing a completed application;

      2. Plaintiff is granted thirty days within which to file a completed application to proceed in forma pauperis or pay the $350.00 filing fee in compliance with the court's January 19, 2010 order;

1        3. The Clerk of the Court shall send plaintiff a copy of the court's application to proceed in forma pauperis by a prisoner;

2        4. If plaintiff is unable to file the completed in forma pauperis application within thirty days due to the actions of Yolo County Jail staff, he shall file a document signed under the penalty of perjury indicating how and by whom plaintiff was denied the ability to complete and file the form; and

3        5. Plaintiff's failure to comply with the order will result in dismissal of this action.

DATED: April 2, 2010.

_____
U.S. MAGISTRATE JUDGE

1
turn0057.ifp