1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 ANTHONY R.G. TURNER,
11         Plaintiff,                  No. CIV S-10-0057 KJM P
12      vs.
13 LATISHA LAWSON, et al.,
14         Defendants.                 ORDER
15 _____/
16         Plaintiff, who has consented to magistrate jurisdiction, filed a motion on January
17 26, 2010.  To the extent plaintiff seeks the appointment of counsel, the United States Supreme
18 Court has ruled that district courts lack authority to require counsel to represent indigent
19 prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In
20 certain exceptional circumstances, the court may request the voluntary assistance of counsel
21 pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
22 Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
23 does not find the required exceptional circumstances.  As for any other request for relief made in
24 the January 26 motion, the court finds that any injunctive relief plaintiff may seek is being
25 addressed by the court's order filed April 2, 2010.  To the extent plaintiff makes any other
26 request, plaintiff has failed to present a valid basis for relief at the present time.

1       Accordingly, IT IS HEREBY ORDERED that the motion filed by plaintiff on

2 January 26, 2010 (docket no. 5) is denied.

3 DATED: April 6, 2010.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

---

[1] turn0057.ifp