IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

      Plaintiff,                     No. CIV S-10-0057 KJM P

     vs.

LATISHA LAWSON, et al.,

      Defendants.           <u>ORDER</u>

                                /

          On April 2, 2010, the court ordered plaintiff to file a completed application to proceed in forma pauperis and a certified copy of his inmate trust account statement within thirty days. Since that order was issued, plaintiff has indicated that staff at the Yolo County Jail will not assist plaintiff in complying with the court's order. Since plaintiff has now been transferred to the California Department of Corrections and Rehabilitation, IT IS HEREBY ORDERED that:

          1. The applications to proceed in forma pauperis filed by plaintiff on April 13, 2010 and April 28, 2010 are denied;

          2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application and a certified copy of his prison trust account statement or pay the $350 filing fee. Plaintiff's failure to comply with this order will result in this action be dismissed without prejudice.

DATED: May 20, 2010.

_____
U.S. MAGISTRATE JUDGE

1
turn0057.3