IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICARDO TURNER,

        Plaintiff,              No. CIV S-10-0057 KJN (TEMP) P

    vs.

LATISHA LAWSON, et al.,         ORDER &

        Defendants.        FINDINGS & RECOMMENDATIONS

_____/

        By order filed December 20, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED:  January 25, 2011

5

6  _____

7  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8  turn0057.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2