IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                    No. CIV S-10-0057 GEB KJN P

    vs.

LATISHA LAWSON, et al.,

    Defendants.          <u>ORDER</u>

                              /

        On July 27, 2011, plaintiff filed an amended complaint. This civil rights action was closed on February 28, 2011. Therefore, plaintiff's amended complaint will be disregarded.

DATED: August 10, 2011

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

turn0057.58